**IT IS ORDERED as set forth below:**



**Date: December 18, 2020**

_Susan D. Barrett_

United States Bankruptcy Judge
Southern District of Georgia

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:                                              )
                                                    )
**LYNDON E POITIER**                                )       CHAPTER 13 16-10892-SDB
                                                    )
      **DEBTOR**                                 )

### ORDER ON OBJECTION TO THE PROOF OF CLAIM
### OF AMERICREDIT FINANCIAL SERVICES, INC DBA GM FINANCIAL.

After proper Notice of Opportunity for hearing on Debtor's Objection to the Proof of Claim of AMERICREDIT FINANCIAL SERVICES, INC DBA GM FINANCIAL having been served and no response having been filed to the Notice and Objection to Claim of AMERICREDIT FINANCIAL SERVICES, INC DBA GM FINANCIAL; Debtor's Objection to the proof of claim of AMERICREDIT FINANCIAL SERVICES, INC DBA GM FINANCIAL is hereby sustained; and

IT IS HEREBY ORDERED that claim #3 of AMERICREDIT FINANCIAL SERVICES, INC DBA GM FINANCIAL in the amount of $11,698.03 is reduced to the amount paid.

[END OF DOCUMENT]

Presented by:
/s/ Angela McElroy-Magruder
Angela McElroy-Magruder
Attorney for Debtor,   GA Bar No. 113625
CLAEYS, MCELROY-MAGRUDER & KITCHENS
512 Telfair Street
Augusta, GA 30901    (706)724-6000